In the Matter of the Claim of JAMES MACDONALD, Respondent, against GRAND BATTERY AND IGNITION SERVICE, Defendant, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1930; decided October 14, 1930.)

*Edward P. Mowton* for appellant.

*Hamilton Ward, Attorney-General (Roy Wiedersum* and *E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.